| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lynch, Sandra L. | U.S. Court of Appeals, 1st Cir | 5/31/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge (active) | ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final | 01/01/2008 to 12/31/2008 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse 1 Courthouse Way, Suite 8710 Boston, MA 02210 | Reviewing Officer_____ Date_____ |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN -5 A 3: 13 FINANCIAL DISCLOSURE OFFICE

Lynch, Sandra L

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[  ]  NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Law School | 12/11/08 | New Haven, CT | Moot Court | Transportation, lodging and meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Mass Muni MM | B | Dividend | L | T | | | | | |
| 2. Bank of America | A | Interest | M | T | | | | | |
| 3. FIDELITY TRADITIONAL IRA | B | Dividend | L | T | | | | | |
| 4. - Fidelity Disciplined Equity | | | | | | | | | |
| 5. - Fidelity Cash Reserves | | | | | | | | | |
| 6. Fidelity Investments Core Cash | C | Interest | N | T | | | | | |
| 7. ABA Members Retirement Plan (See note, Section VIII) | A | Dividend | K | T | | | | | |
| 8. - Stable Asset Return Fund | | | | | | | | | |
| 9. - Moderate Portfolio Fund | | | | | | | | | |
| 10. IRA-1 (Formerly TA IRA 1) | D | Dividend | P1 | T | | | | | |
| 11. - Parametric Technology Corp New | | | | | | | | | |
| 12. - Federal Home Loan Bk 4% 2010 | | | | | Sold | 01/30 | K | | |
| 13. - Pimco Real Return Fund Cl C | | | | | | | | | |
| 14. - UBS Bank Dep Acct | | | | | | | | | |
| 15. - Ameris Bank CD | | | | | Buy | 09/22 | L | | |
| 16. | | | | | Sold | 10/30 | L | | |
| 17. - Banco Popular CD | | | | | Buy | 9/16 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) <br><br> Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 12/24 | L | | |
| 19.    - GE Capital Fin CD | | | | | Buy | 9/18 | L | | |
| 20. | | | | | Sold | 12/26 | L | | |
| 21.    - GE Money Bank CD | | | | | Buy | 9/18 | L | | |
| 22. | | | | | Sold | 12/26 | L | | |
| 23.    - Israel Disc Bank CD | | | | | Buy | 9/18 | L | | |
| 24. | | | | | Sold | 12/26 | L | | |
| 25.    - Plainscapital Bank CD | | | | | Buy | 9/18 | L | | |
| 26. | | | | | Sold | 11/26 | L | | |
| 27.    - State Bank CD | | | | | Buy | 9/18 | L | | |
| 28. | | | | | Sold | 12/26 | L | | |
| 29.    - Texas Capital Bank CD | | | | | Buy | 9/18 | L | | |
| 30. | | | | | Sold | 12/01 | L | | |
| 31.    - Zions First Natl Bank CD | | | | | Buy | 09/19 | L | | |
| 32. | | | | | Sold | 10/27 | L | | |
| 33.    - Deustch Bank MSCI EAFE | | | | | Buy | 1/28 | O | | |
| 34. | | | | | Sold | 9/17 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - UBS S&P 500 | | | | | Buy | 1/28 | P1 | | |
| 36. | | | | | Sold | 9/16 | P1 | D | |
| 37. - Compass Bank CD | | | | | Buy | 9/16 | L | | |
| 38. - Goldman Sachs BK CD | | | | | Buy | 11/06 | L | | |
| 39. - Republic B&T CD | | | | | Buy | 11/06 | L | | |
| 40. - Gateway Bk & Tr CD | | | | | Buy | 9/16 | L | | |
| 41. - Midwest Bk & Tr CD | | | | | Buy | 9/16 | L | | |
| 42. - MidFirst Bk CD | | | | | Buy | 9/16 | L | | |
| 43. - Capital One Bank NA CD | | | | | Buy | 9/19 | L | | |
| 44. - Capital One USA CD | | | | | Buy | 9/19 | L | | |
| 45. - GreenBank CD | | | | | Buy | 9/19 | L | | |
| 46. - Comerica Bk CD | | | | | Buy | 9/22 | L | | |
| 47. - Lehman Bros S&P 500 structured product | | | | | Buy | 1/28 | O | | |
| 48. IRA-2 (Formerly TA IRA 2) | E | Dividend | P1 | T | | | | | |
| 49. - Johnson & Johnson | | | | | | | | | |
| 50. - Medtronic Inc. | | | | | Sold (part) | 1/23 | L | D | |
| 51. - Pepsico Inc | | | | | Sold (part) | 1/23 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - Amgen Inc | | | | | Sold | 1/24 | L | | |
| 53.   - Kinder Morgan Mgmnt LLC | | | | | Sold (part) | 1/23 | L | E | |
| 54.   - Varian Medical Sys Inc | | | | | Sold (part) | 1/23 | M | F | |
| 55.   - UnitedHealth Grp Inc | | | | | Sold (part) | 1/23 | L | E | |
| 56.   - Genzyme Corp | | | | | Sold (part) | 1/23 | L | E | |
| 57.   - Gilead Sciences Inc | | | | | Sold (part) | 1/23 | L | F | |
| 58.   - Apache Corp | | | | | Sold (part) | 1/23 | L | F | |
| 59.   - Amercian Express Co | | | | | Sold (part) | 1/23 | K | C | |
| 60.   - Praxair Inc | | | | | Sold (part) | 1/23 | L | E | |
| 61.   - America Movil S A | | | | | Sold (part) | 1/23 | M | G | |
| 62.   - Compania Vale Do Rio Doce Spon ADR | | | | | Sold (part) | 3/10 | M | G | |
| 63. | | | | | Sold (part) | 1/23 | M | G | |
| 64.   - Chesapeak Energy Corp | | | | | Sold (part) | 5/5 | J | D | |
| 65. | | | | | Sold (part) | 1/23 | L | E | |
| 66.   - Caterpillar Inc | | | | | Sold (part) | 1/23 | L | E | |
| 67.   - United Technologies Corp | | | | | | | | | |
| 68.   - Zimmer Hldgs Inc | | | | | Sold | 1/23 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Allergan Inc | | | | | Sold | 1/24 | L | E | |
| 70. - Coach Inc | | | | | | | | | |
| 71. - Devon Energy Corp | | | | | Sold (part) | 1/23 | L | E | |
| 72. - Diageo PLC-Sponsored ADR | | | | | Sold (part) | 1/23 | K | D | |
| 73. - EOG Resources Inc | | | | | Sold (part) | 5/5 | K | E | |
| 74. | | | | | Sold (part) | 1/23 | L | F | |
| 75. - Freeport McMoran Copper & Gold CLB | | | | | Sold (part) | 1/23 | L | E | |
| 76. - Goldman Sachs Group Inc | | | | | Sold (part) | 1/23 | L | E | |
| 77. - Int'l Game Technology AO | | | | | | | | | |
| 78. - Petsmart Inc | | | | | Sold | 1/24 | K | | |
| 79. - Rio Tinto PLC | | | | | Sold (part) | 3/10 | L | E | |
| 80. | | | | | Sold (part) | 1/23 | L | E | |
| 81. - Smith Int'l Inc Del | | | | | Sold | 1/24 | M | F | |
| 82. - Teva Pharmaceutical Industries PLC | | | | | Sold | 1/24 | L | E | |
| 83. - EMC Corp Mass | | | | | Sold (part) | 1/23 | K | D | |
| 84. - Symantec Corp | | | | | | | | | |
| 85. - Lehman Brothers Holdings Inc | | | | | Sold | 1/24 | L | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
    (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
    (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
    (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.  Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B.  Income during reporting period | | C.  Gross value at end of reporting period | | D.  Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.    - Altria Group Inc | | | | | Sold (part) | 1/23 | K | D | |
| 87.    - Texas Instruments Inc | | | | | Sold (part) | 1/23 | K | | |
| 88.    - UBS Bank USA Deposit Acct | | | | | | | | | |
| 89.    - General Electric Co | | | | | Sold (part) | 1/23 | L | | |
| 90.    - Google | | | | | Sold (part) | 1/23 | K | D | |
| 91. | | | | | Buy (add'l) | 3/7 | K | | |
| 92.    - Hewlett Packard Co | | | | | Sold | 1/24 | L | C | |
| 93.    - Kraft Foods Inc Cl A | | | | | Sold | 1/24 | K | C | |
| 94.    - Starbucks Corp | | | | | Sold | 1/24 | L | | |
| 95.    - Apple Inc | | | | | Buy | 3/6 | K | | |
| 96.    - Philip Morris Intl Inc (Spinoff from Altria Group Inc) | | | | | Spinoff (from line 86) | 3/31 | | | |
| 97.    IRA ROLLOVER ACCOUNT | E | Dividend | O | T | | | | | |
| 98.    - Fidelity Advisor Equity Income | | | | | Buy (add'l) | 03/28 | J | | |
| 99. | | | | | Sold (part) | 10/20 | J | | |
| 100.   - Fidelity Low Priced Stock | | | | | Sold (part) | 04/03 | J | A | |
| 101.   - Fidelity Dividend Growth | | | | | Sold | 03/28 | L | D | |
| 102. | | | | | Buy | 10/20 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Fidelity Capital and Income | | | | | | | | | |
| 104. - Fidelity Invest Grade | | | | | Sold (part) | 03/28 | J | | |
| 105. | | | | | Sold (part) | 10/20 | J | | |
| 106. - Fidelity Int'l Discovery | | | | | Sold | 03/28 | K | D | |
| 107. - Fidelity Capital Appreciation | | | | | Sold (part) | 03/28 | K | | |
| 108. - Fidelity Large Cap Value | | | | | Buy (add'l) | 03/28 | J | | |
| 109. - Fidelity Blue Chip Growth | | | | | Sold (part) | 03/28 | K | | |
| 110. | | | | | Buy (add'l) | 10/20 | J | | |
| 111. - Fidelity Advisor Strategic Inc CL 1 | | | | | Sold (part) | 03/28 | J | | |
| 112. | | | | | Sold (part) | 10/20 | J | | |
| 113. - Fidelity Inflation Protected Bond | | | | | Sold (part) | 03/28 | J | A | |
| 114. | | | | | Sold (part) | 10/20 | J | | |
| 115. - Fidelity Ultra-Short Bond | | | | | Sold (part) | 02/12 | J | | |
| 116. | | | | | Sold (part) | 04/03 | J | | |
| 117. | | | | | Sold (part) | 04/29 | J | | |
| 118. - Fidelity Total Bond | | | | | Sold (part) | 03/28 | J | | |
| 119. | | | | | Buy (add'l) | 04/03 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2.500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100.000 | G =$100,001 - $1.000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5.000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15.001 - $50.000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500.000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50.000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Buy (add'l) | 04/29 | J | | |
| 121. | | | | | Sold (part) | 10/20 | K | | |
| 122.  - Fidelity Advisor Mid Cap II CL I | | | | | Sold (part) | 03/28 | J | | |
| 123. | | | | | Buy (add'l) | 10/20 | J | | |
| 124.  - Spartan 500 Index FID Advantage | | | | | Sold (part) | 03/28 | K | C | |
| 125.  - Fidelity Real Estate Investment | | | | | Sold (part) | 10/20 | J | | |
| 126.  - Fidelity Advisor New Insights Cl I | | | | | Buy (add'l) | 10/20 | J | | |
| 127.  - Fidelity Growth Company | | | | | Sold (part) | 03/28 | J | B | |
| 128. | | | | | Buy (add'l) | 10/20 | J | | |
| 129.  - Fidelity Growth & Income | | | | | Sold (part) | 03/28 | J | | |
| 130. | | | | | Sold (part) | 10/20 | J | | |
| 131.  - Fidelity Advisor High Income CL I | | | | | Sold (part) | 04/03 | J | | |
| 132.  - Fidelity Short Term Bond | | | | | Sold (part) | 04/29 | J | | |
| 133. | | | | | Sold (part) | 10/20 | J | | |
| 134.  -FID PAS US Opp Fidelity Fd of Fds | | | | | Buy (add'l) | 03/28 | J | | |
| 135. | | | | | Buy (add'l) | 10/20 | J | | |
| 136.  - Fidelity PAS Int'l Fd of Fds | | | | | Buy (add'l) | 03/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 04/03 | J | | |
| 138. | | | | | Buy (add'l) | 10/20 | J | | |
| 139.   - Fidelity Small Cap Growth | | | | | | | | | |
| 140.   - Fidelity Stratgegic Real Return | | | | | Sold (part) | 03/28 | J | A | |
| 141.   -Fidelity Disciplined Equity | | | | | Buy | 03/28 | K | | |
| 142. | | | | | Buy (add'l) | 10/20 | J | | |
| 143.   -Fidelity Equity Income | | | | | Buy | 03/28 | K | | |
| 144. | | | | | Buy (add'l) | 03/31 | J | | |
| 145. | | | | | Sold (part) | 10/20 | J | | |
| 146.   -Fidelity Independence | | | | | Buy | 03/28 | J | | |
| 147. | | | | | Buy (add'l) | 10/20 | J | | |
| 148.   -Fidelity Fund | | | | | Buy | 03/28 | K | | |
| 149.   -Fidelity Growth Discovery Fd | | | | | Buy | 03/28 | J | | |
| 150.   - Fidelity Magellan | | | | | Buy | 3/28 | K | | |
| 151. | | | | | Buy | 10/20 | J | | |
| 152.   -Fidelity Value | | | | | Buy | 03/28 | K | | |
| 153. | | | | | Buy (add'l) | 10/20 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Fidelity Money Market | | | | | Open | 04/29 | J | | |
| 155. Esplanade Capital Ptnrs I LLC (See note section VIII) | E | Dividend | N | U | | | | | |
| 156. Condominium, Carrabassett Vallley, ME | D | Rent | M | W | | | | | |
| 157. UBS INVEST ACCT 1 (See note, section VIII) | | | | | | | | | |
| 158. - UBS Bank USA Deposit Acct | A | Interest | J | T | | | | | |
| 159. - Apple Bank for Savings CD | A | Interest | L | T | Buy | 9/26 | L | | |
| 160. - Goldman Sachs Bank CD | A | Interest | L | T | Buy | 9/26 | L | | |
| 161. PAS BROKERAGE ACCOUNT | | | | | | | | | |
| 162. - Fidelity Int'l Discovery | | None | | | Sold | 04/01 | J | | |
| 163. - Fidelity Low Priced Stock | | None | | | Sold | 01/11 | J | | |
| 164. - Fidelity Mass Muni Income | A | Dividend | | | Sold (part) | 04/01 | J | | |
| 165. | | | | | Sold (part) | 06/24 | J | | |
| 166. | | | | | Sold | 12/17 | J | | |
| 167. - Fidelity Municipal Income | A | Dividend | K | T | Sold | 06/24 | J | | |
| 168. | | | | | Buy | 12/17 | K | | |
| 169. - Fidelity Short-Intermediate Muni Income | A | Dividend | J | T | Sold (part) | 06/24 | J | A | |
| 170. - Fidelity Municpal Money Market | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - William Blair Int'l Growth Cl N | | None | | | Sold | 1/11 | J | | |
| 172. | | | | | Buy | 4/1 | J | | |
| 173. | | | | | Sold | 9/16 | J | | |
| 174. - DWS Mass Tax Free Cl S | A | Dividend | | | Buy (add'l) | 09/16 | J | | |
| 175. | | | | | Sold | 12/17 | K | | |
| 176. - Dreyfus Appreciation Fund | | None | | | Sold | 01/11 | K | | |
| 177. | | | | | Buy | 04/01 | J | | |
| 178. | | | | | Sold | 09/16 | J | | |
| 179. - Eaton Vance Large-Cap Value Cl A | | None | | | Sold | 01/11 | K | | |
| 180. - Hartford Capital Appreciation Cl A | A | Dividend | J | T | Sold | 01/11 | J | | |
| 181. | | | | | Buy | 04/01 | J | | |
| 182. | | | | | Sold | 09/16 | J | | |
| 183. | | | | | Buy | 12/17 | J | | |
| 184. - Ishares Tr Russell 2000 Index | A | Dividend | | | Sold | 01/15 | J | | |
| 185. - Ishares Tr Russell 3000 Index | A | Dividend | | | Sold | 01/15 | J | | |
| 186. - Janus Fund | A | Dividend | | | Sold | 04/01 | J | | |
| 187. | | | | | Buy | 09/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 12/17 | J | | |
| 189. - LM Value Trust Finance Intermediary Cl | A | Dividend | | | Sold | 01/11 | J | | |
| 190. | | | | | Buy | 04/01 | J | | |
| 191. | | | | | Sold | 06/24 | J | | |
| 192. - Marsico Focus | | None | | | Sold | 04/01 | J | | |
| 193. - Morgan Stanley Inst Inc Inter Equity B | | None | J | T | Sold | 01/11 | J | | |
| 194. | | | | | Buy | 04/01 | J | | |
| 195. | | | | | Sold | 09/16 | J | | |
| 196. | | | | | Buy | 12/24 | J | | |
| 197. - Oppenheimer Main St Opportunity Cl A | | None | | | Sold | 01/11 | J | | |
| 198. | | | | | Buy | 04/01 | J | | |
| 199. | | | | | Sold | 09/16 | J | | |
| 200. - Jennison Growth Cl A | | None | | | Sold | 04/01 | J | | |
| 201. - S&P 500 Depository Receipt | A | Dividend | J | T | Sold | 01/15 | J | | |
| 202. | | | | | Buy | 04/03 | J | | |
| 203. | | | | | Sold | 09/18 | J | | |
| 204. | | | | | Buy | 12/19 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - SPDR SER TR DJ Wilshire REIT ETF | A | Dividend | | | Sold | 01/15 | J | | |
| 206. - SSGA Int'l Stock Sel | | None | | | Sold | 01/11 | J | | |
| 207. - Fidelity Advisor Dividend Growth Cl I | | None | | | Buy | 01/14 | J | | |
| 208. | | | | | Sold | 04/01 | J | | |
| 209. -Fidelity Advisor Int'l Discovery Cl I | A | Dividend | | | Buy | 09/16 | J | | |
| 210. | | | | | Sold | 12/17 | J | | |
| 211. -Fidelity Diversified Int'l | | None | | | Buy | 01/11 | J | | |
| 212. | | | | | Sold | 04/01 | J | | |
| 213. -Fidelity Emerging Mrkts | | None | | | Buy | 06/24 | J | | |
| 214. | | | | | Sold | 4/1 | J | | |
| 215. -Fidelity Advisors New Insights Cl I | A | Dividend | J | T | Buy | 01/11 | K | | |
| 216. | | | | | Sold | 04/01 | K | | |
| 217. | | | | | Buy | 12/17 | J | | |
| 218. -Fidelity RE Investment | A | Dividend | | | Buy | 01/11 | J | | |
| 219. | | | | | Sold | 12/17 | J | | |
| 220. -Fidelity Growth Company | | None | | | Buy | 04/01 | J | | |
| 221. | | | | | Sold | 09/16 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Fidelity New Markets Income | A | Dividend | | | Buy | 06/24 | J | | |
| 223. | | | | | Sold | 09/16 | J | | |
| 224. -Cambiar Opportunity Investor | | None | | | Buy | 09/16 | J | | |
| 225. | | | | | Sold | 12/17 | J | | |
| 226. -Allianz NFJ Dividend Value Fd Cl D | A | Dividend | J | T | Buy | 12/17 | J | | |
| 227. -American Beacon Int'l Equity Plan | | None | | | Buy | 01/11 | J | | |
| 228. | | | | | Sold | 04/01 | J | | |
| 229. -American Beacon Large Cap Value Plan | | None | | | Buy | 09/16 | J | | |
| 230. | | | | | Sold | 12/17 | J | | |
| 231. -Artisan Mid Cap Value | | None | | | Buy | 04/01 | J | | |
| 232. | | | | | Sold | 12/17 | J | | |
| 233. -Blackrock Large Cap Value Fd Cl A | | None | | | Buy | 01/11 | J | | |
| 234. | | | | | Sold | 04/01 | J | | |
| 235. -William Blair Small Cap Growth Cl N | | None | J | T | Buy | 12/22 | J | | |
| 236. -Columbia Marsico Focused Eq Cl A | A | Dividend | | | Buy | 09/16 | K | | |
| 237. | | | | | Sold | 12/17 | J | | |
| 238. -Credit Suisse Commd Retrn Strtgy Com | | None | J | T | Buy | 12/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | . 5/31/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -DWS Strategic High Yield Tax Free Cl S | A | Dividend | J | T | Buy | 12/17 | J | | |
| 240. -DWS Managed Muni Bond Cl S | A | Dividend | J | T | Buy | 12/17 | J | | |
| 241. -Davis New York Venture Cl A | A | Dividend | | | Buy | 09/16 | K | | |
| 242. | | | | | Sold | 12/17 | J | | |
| 243. -Diamond Hill Small Cap Cl A | A | Dividend | J | T | Buy | 12/18 | J | | |
| 244. -Eaton Vance Tax Mgd Value Cl A | | None | | | Buy | 09/16 | J | | |
| 245. | | | | | Sold | 12/17 | J | | |
| 246. -GE Int'l Equity Service | | None | | | Buy | 04/01 | J | | |
| 247. | | | | | Sold | 06/24 | J | | |
| 248. -GMO Emerging Countries Cl M | | None | J | T | Buy | 12/22 | J | | |
| 249. -Goldman Sachs Large Cap Value Instl | | None | | | Buy | 04/01 | J | | |
| 250. | | | | | Sold | 09/16 | J | | |
| 251. -John Hancok Classic Value CL A | | None | J | T | Buy | 12/17 | J | | |
| 252. -Harbor Capital Appreciation Adm | | None | | | Buy | 09/16 | J | | |
| 253. | | | | | Sold | 12/17 | J | | |
| 254. -OakMark Fund 1 | | None | J | T | Buy | 12/22 | J | | |
| 255. -Hartford Growth Opportunity Cl A | | None | | | Buy | 09/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Sold | 12/17 | J | | |
| 257. -Hotchkis & Wiley Large Cap Value Cl A | | None | | | Buy | 09/16 | J | | |
| 258. | | | | | Sold | 12/17 | J | | |
| 259. -Ishares TR S&P 100 Index Fd | A | Dividend | | | Buy | 01/15 | J | | |
| 260. | | | | | Sold | 04/03 | J | | |
| 261. -IShares TR Russell 1000 Index Fd | A | Dividend | | | Buy | 01/15 | J | | |
| 262. | | | | | Sold | 04/03 | J | | |
| 263. -Janus Mid Cap Value Invst shs | | None | J | T | Buy | 12/17 | J | | |
| 264. -JP Morgan US Lg Cap Core Plus Sel Shs | | None | | | Buy | 04/01 | J | | |
| 265. | | | | | Sold | 09/16 | J | | |
| 266. -Julius Baer Int'l Equity Fund II Cl A | | None | | | Buy | 09/16 | J | | |
| 267. | | | | | Sold | 12/17 | J | | |
| 268. -Lazard Emerging Mkts Open | | None | | | Buy | 09/16 | J | | |
| 269. | | | | | Sold | 12/17 | J | | |
| 270. -Legg Mason Opport Trust Fin Interm | | None | | | Buy | 01/11 | J | | |
| 271. | | | | | Sold | 04/01 | J | | |
| 272. | | | | | Buy | 06/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 09/16 | J | | |
| 274. -Legg Mason Partners Apprec Cl A | | None | | | Buy | 09/16 | J | | |
| 275. | | | | | Sold | 12/17 | J | | |
| 276. -Lord Abbett Small Cap Blend Cl A | | None | | | Buy | 01/11 | J | | |
| 277. | | | | | Sold | 12/17 | J | | |
| 278. -MFS International Growth Cl A | | None | | | Buy | 01/11 | J | | |
| 279. | | | | | Sold | 04/01 | J | | |
| 280. -Manning & Napier World Oppt Ser Cl A | A | Dividend | J | T | Buy | 04/01 | J | | |
| 281. | | | | | Sold | 09/16 | J | | |
| 282. | | | | | Buy | 12/17 | J | | |
| 283. -Marisco Growth Fd | | None | J | T | Buy | 04/01 | J | | |
| 284. | | | | | Sold | 09/16 | J | | |
| 285. | | | | | Buy | 12/17 | J | | |
| 286. -Morgan Stanley Mid Cap Grwth Port | | None | J | T | Buy | 12/17 | J | | |
| 287. -Mutual Series Mutual Shrs Cl A | | None | | | Buy | 09/16 | J | | |
| 288. | | | | | Sold | 12/17 | J | | |
| 289. -Mutual Series Mutual Beacon Cl A | A | Dividend | J | T | Buy | 06/25 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 09/16 | J | | |
| 291. | | | | | Buy | 12/26 | J | | |
| 292. -Neuberger Berman Ptnrs Tr | | None | | | Buy | 04/01 | J | | |
| 293. | | | | | Sold | 09/16 | J | | |
| 294. -Nuveen High Yield Muni Cl A | A | Dividend | | | Buy | 06/24 | K | | |
| 295. | | | | | Sold (part) | 09/24 | J | | |
| 296. | | | | | Sold | 12/17 | J | | |
| 297. -Oppenheim Main St Small Cap Cl A | A | Dividend | | | Buy | 06/24 | J | | |
| 298. | | | | | Sold | 12/17 | J | | |
| 299. -Pimco Real Admin | A | Dividend | | | Buy | 06/24 | J | | |
| 300. | | | | | Sold | 12/17 | J | | |
| 301. -Pimco Emerging Markets Bond Admin | A | Dividend | | | Buy | 09/16 | J | | |
| 302. | | | | | Sold | 12/17 | J | | |
| 303. -Pimco Commodity Real Ret Strat Admin | A | Dividend | | | Buy | 09/16 | J | | |
| 304. | | | | | Sold | 12/17 | J | | |
| 305. -Pimco Foreign Bd Fd (Unhedged) Admin | A | Dividend | | | Buy | 06/24 | J | | |
| 306. | | | | | Sold | 09/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  -T Rowe Price Growth Stck Advisor | | None | J | T | Buy | 04/01 | J | | |
| 308. | | | | | Sold | 09/16 | J | | |
| 309. | | | | | Buy | 12/17 | J | | |
| 310.  -RS Value Fd Cl A | | None | J | T | Buy | 01/11 | J | | |
| 311. | | | | | Sold | 04/01 | J | | |
| 312. | | | | | Buy | 06/24 | J | | |
| 313. | | | | | Sold | 09/16 | J | | |
| 314. | | | | | Buy | 12/22 | J | | |
| 315.  -Rainier Large Cap Equity Portfolio | | None | | T | Buy | 12/18 | J | | |
| 316.  -T Rowe Price Value Fd Advisor | A | Dividend | | | Buy | 01/11 | J | | |
| 317. | | | | | Sold | 04/01 | J | | |
| 318. | | | | | Buy | 09/16 | J | | |
| 319. | | | | | Sold | 12/17 | J | | |
| 320.  -T Rowe Price Real Estate Fd Adv | | None | J | T | Buy | 12/17 | J | | |
| 321.  -Royce Penn Mutual Fd | | None | J | T | Buy | 12/17 | J | | |
| 322.  -Royce Total Return Fd Svcs | A | Dividend | | | Buy | 09/16 | J | | |
| 323. | | | | | Sold | 12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. -SSGA Emerging Markets | A | Dividend | | | Buy | 09/16 | J | | |
| 325. | | | | | Sold | 12/17 | J | | |
| 326. -Schwab Core Equity | | None | J | T | Buy | 12/29 | J | | |
| 327. -Thornburg Value Cl A | A | Dividend | | | Buy | 09/16 | J | | |
| 328. | | | | | Sold | 12/17 | J | | |
| 329. -CRM Mid Cap Value Investor Shrs | | None | | | Buy | 09/16 | J | | |
| 330. | | | | | Sold | 12/17 | J | | |
| 331. -Wells Fargo Growth & Inc Fd- Investor | A | Dividend | J | T | Buy | 12/17 | J | | |
| 332. -Wintergreen Fund Conf | | None | | | Buy | 09/16 | J | | |
| 333. | | | | | Sold | 12/17 | J | | |
| 334. IRA ROLLOVER ACCT NO 2 | A | Interest | J | T | | | | | |
| 335. - Fidelity Cash Reserves | | | | | | | | | |
| 336. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Investment limited partnership income whether passive or nonpassive is disclosed as "dividend" income.

Part VII - All investments are publicly traded common stocks or mutual funds unless otherwise noted.

Part VII, ABA Members Retirement Plan - The plan sponsor does not provide detail transaction information to plan participants. Plan participants receive an annual report showing which plan funds they are invested in, the plan value, total contributions, total distributions, and net realized and unrealized gains. The plan participant recieved a monthly minimum required distribution. The total assets of the plan that were liquidated to fund the distributions are reflected in column D(3).

Part VII - Esplanade Capital Ptnrs I LLC is a non-publicly traded LLC.

Part VII - UBS Invest Acct 1 - For 2007, the only investment was the UBS Bank USA Deposit Acct.

| Name of Person Reporting | Date of Report |
|---|---|
| Lynch, Sandra L. | 5/31/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544